UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MALCOLM WILSON. ET AL
          Plaintiffs,

v.                                    CIVIL ACTION NO.
                                        08-11590-MBB

LYNN WATER AND SEWER COMMISSION,
          Defendants.

## FINAL JUDGMENT

### SEPTEMBER 27, 2010

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                          /s/ Marianne B. Bowler
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge